Case 1:25-cv-07213-LAK-SLC    Document 12    Filed 12/04/25    Page 1 of 2

**Sanders Law Group**
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 127329
*Attorneys for Plaintiff*

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-8-25

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MATTHEW MCDERMOTT,<br><br>Plaintiff,<br><br>v.<br><br>BOLD GOLD MEDIA GROUP, L.P.,<br><br>Defendant. | Case No: 1:25-cv-07213-LAK<br><br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff MATTHEW MCDERMOTT by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

1

DATED: December 4, 2025

**SANDERS LAW GROUP**

By: ___/s/ Sara Pilson___
Sara Pilson, Esq.
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: spilson@sanderslaw.group
*Attorneys for Plaintiff*

Case dismissed without prejudice and without costs, subject to the right of either party to reopen and reinstate the action by filing a notice to that effect no later than 45 days after 12/4/25 if the settlement is not executed by then.

SO ORDERED

LEWIS A. KAPLAN, USDJ
12/8/25

2